Daniel G. Bogden
United States Attorney
Daniel R. Schiess
Assistant United States Attorney
Nevada State Bar No. 5483
501 Las Vegas Boulevard, 11th Floor
Las Vegas, Nevada 89101
(702)388-6336
dan.schiess@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | 2:04-CR-169-LDG-VCF |
| Plaintiff, | |
| v. | **Motion to Dismiss Indictment** |
| **Asher Vanounu,** | |
| Defendant. | |

The United States moves to dismiss the indictment against defendant Asher Vanounu because the indicted was returned in 2004, the defendant has remained a fugitive since then, never having been arrested on the charges, and the evidence needed to convict the defendant may no longer be available.

Daniel G. Bogden
United States Attorney

*/S/ Daniel R. Schiess*

Daniel R. Schiess
Assistant United States Attorney

IT IS SO ORDERED.

[signature]

UNITED STATES MAGISTRATE JUDGE
DATED:  2-27-2017

1

**Certificate of Service**

No certificate of service is being filed because the defendant did not make an appearance in court after he was indicted and has no counsel of record.

/S/ Daniel R. Schiess

_____
Daniel R. Schiess
Assistant United States Attorney

2